ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Argo Systems, LLC | ) | ASBCA Nos. 61271, 61494 |
| | ) | |
| Under Contract No. N40080-13-C-0002 | ) | |

APPEARANCES FOR THE APPELLANT:         Dirk D. Haire, Esq.
                                       Alexa Santora, Esq.
                                       Rachel M. Severance, Esq.
                                       Kelsey M. O'Brien, Esq.
                                        Fox Rothschild LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                       David B. Stinson, Esq.
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $500,000.00. Appellant has agreed to waive interest if payment is made within 120 days of the date of the Board's decision; however, if not paid within 120 days of this decision, interest shall be paid on the judgment amount pursuant to 41 U.S.C. § 7109 starting on the 121st day until date of payment.

Dated: March 7, 2019

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                                    I concur

J. REID PROUTY                                              LIS B. YOUNG
Administrative Judge                                        Administrative Judge
Vice Chairman                                              Armed Services Board
Armed Services Board                                       of Contract Appeals
of Contract Appeals

      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 61271, 61494, Appeals of
Argo Systems, LLC, rendered in conformance with the Board's Charter.

      Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2